JS-6

Joshua L. Goldstein, Esq. Bar # 332467
Email: jg@jgoldlaw.com
Attorney for Plaintiff, Mahsa Khatibeghdami
Goldstein Immigration Lawyers
2217 Jerome Way
Los Angeles, CA 90039
Phone Number: (213) 425-1979
Fax Number: (617) 890-0325

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAHSA KHATIBEGHDAMI, Plaintiff<br><br>v.<br><br>MERRICK GARLAND Attorney General of the United States, *et al.* Defendants. | Civil Action No. 2:2022-cv-00975(FMO)(JCx)<br><br>**ORDER** |

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**SO ORDERED** this 16th day of June 2022**.**

/s/
The Honorable Fernando M. Olguin,
United States District Judge

**LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY**

The following attorneys are entitled to be notified of the entry of this Order:

JOSHUA L. GOLDSTEIN, ESQ.
Attorney for Plaintiff
Goldstein Immigration Lawyers
2217 Jerome Way
Los Angeles, CA 90039
Telephone: 213-425-1979
Email: jg@jgoldlaw.com
United States District Court Central California BAR #332467

PAUL B. LA SCALA (Cal. Bar No. 186939)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2467
Facsimile: (213) 894-7819
E-mail: paul.lascala@usdoj.gov